GAS 245D      (Rev. 09/11) Judgment in a Criminal Case for Revocations

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 JUL 25 AM 9:11
CLERK J. Burton
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
Southern District of Georgia
Augusta Division

UNITED STATES OF AMERICA
v.
Lorenzo Antonio Roberson

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

Case Number: 1:09CR00004-1

USM Number: 13972-021

Robert I. Sussman
Defendant's Attorney

## THE DEFENDANT:

☒ admitted guilt to violation of mandatory, standard, and special condition of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | January 29, 2018 |

See page two for additional violations

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec: 5092

Defendant's Year of Birth: 1979

City and State of Defendant's Residence:

Augusta, Georgia

July 24, 2018
Date of Imposition of Judgment

Signature of Judge

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Name and Title of Judge

7/25/2018
Date

DEFENDANT: Lorenzo Antonio Roberson
CASE NUMBER: 1:09CR00004-1

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 2 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | May 24, 2018 |
| 3 | The defendant failed to notify the probation officer within seventy-two hours of being arrested or questioned by law enforcement (standard condition). | May 29, 2018 |
| 4 | The defendant failed to comply with a curfew condition as directed by the Court (special condition). | May 16, 2018 |
| 5 | The defendant failed to work as directed and was not excused for schooling, training, or any other reason (standard condition). | June 20, 2018 |
| 6 | The defendant failed to answer truthfully all inquiries by the probation officer (standard condition). | June 25, 2018 |
| 7 | The defendant failed to report as directed by the probation officer (standard condition). | June 22, 2018 |
| 8 | The defendant failed to report as directed by the probation officer (standard condition). | July 10, 2018 |

DEFENDANT: Lorenzo Antonio Roberson
CASE NUMBER: 1:09CR00004-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 24 months, with no supervision to follow.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____.

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL