FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2019 MAY 22 PM 3:19

CLERK _M. Akins_
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

Southern District of Georgia
Augusta Division

UNITED STATES OF AMERICA

v.

Lorenzo Antonio Roberson

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

) Case Number:      1:09CR00004-1
)
) USM Number:      13972-021
)
) Robert I. Sussman
    Defendant's Attorney

Date of Original Judgment:    <u>July 24, 2018</u>

**Reason for Amendment**: Correction of Sentence for
Clerical Mistake (Fed.R.Crim.P. 36) *indicates change

## THE DEFENDANT:

☒ admitted guilt to violation of mandatory, standard, and special conditions of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| <u>Violation Number</u> | <u>Nature of Violation</u> | <u>Violation Ended</u> |
|---|---|---|
| 1 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | January 29, 2018 |

         See page two for additional violations

    The defendant is sentenced as provided in pages 3 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec: 5092

Defendant's Year of Birth: 1979

City and State of Defendant's Residence:

<u>Augusta, Georgia</u>

May 22, 2019
Date of Imposition of Judgment

Signature of Judge

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Name and Title of Judge

5/22/19
Date

DEFENDANT:     Lorenzo Antonio Roberson
CASE NUMBER:   1:09CR00004-1

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 2 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | May 24, 2018 |
| 3 | The defendant failed to notify the probation officer within seventy-two hours of being arrested or questioned by law enforcement (standard condition). | May 29, 2018 |
| 4 | The defendant failed to comply with a curfew condition as directed by the Court (special condition). | May 16, 2018 |
| 5 | The defendant failed to work as directed and was not excused for schooling, training, or any other reason (standard condition). | June 20, 2018 |
| 6 | The defendant failed to answer truthfully all inquiries by the probation officer (standard condition). | June 25, 2018 |
| 7 | The defendant failed to report as directed by the probation officer (standard condition). | June 22, 2018 |
| 8 | The defendant failed to report as directed by the probation officer (standard condition). | July 10, 2018 |

DEFENDANT:    Lorenzo Antonio Roberson
CASE NUMBER:    1:09CR00004-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:    24 months, with no supervision to follow.

☐    The Court makes the following recommendations to the Bureau of Prisons:

☐    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:       Lorenzo Antonio Roberson
CASE NUMBER:     1:09CR00004-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Trafficking Act Assessment | Fine | Restitution |
|---|---|---|---|---|
| TOTALS | | | *Remaining balance of fine is waived | |

☐    The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐    The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| TOTALS | $ _____ | $ _____ | |

☐    Restitution amount ordered pursuant to plea agreement  $ _____

☐    The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐    The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐    the interest requirement is waived for    ☐    fine    ☐    restitution.

  ☐    the interest requirement for    ☐    fine    ☐    restitution is modified as follows:

☐    The court determined that the defendant is    ☐ indigent    ☐ non-indigent    under the Justice for Victims of Trafficking Act of 2015.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.